**DISMISS and Opinion June 7, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00038-CV

### VINCE CASTILLE, Appellant
### V.
### GEICO CASUALTY COMPANY D/B/A GEICO INDEMNITY COMPANY, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-08000-M**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Moseley

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that the parties have settled their differences. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Jim Moseley/

JIM MOSELEY

130038F.P05                                          JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VINCE CASTILLE, Appellant

No. 05-13-00038-CV      V.

GEICO CASUALTY COMPANY D/B/A
GEICO INDEMNITY COMPANY,
Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-08000-M.
Opinion delivered by Justice Moseley.
Justices Bridges and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of June, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE